**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> Never Slip Holdings, Inc., <br><br>                              Debtor. <br> Tax I.D. No. 47-5305010 | Chapter 11 <br><br> Case No. 24-10663 (LSS) <br><br> **Related Docket No. 3** |
| In re: <br><br> Never Slip TopCo, Inc., <br><br>                              Debtor. <br> Tax I.D. No. 47-5288956 | Chapter 11 <br><br> Case No. 24-10664 (LSS) |
| In re: <br><br> SHO Holding I Corporation, <br><br>                              Debtor. <br> Tax I.D. No. 27-3007699 | Chapter 11 <br><br> Case No. 24-10665 (LSS) |
| In re: <br><br> SHO Holding II Corporation, <br><br>                              Debtor. <br> Tax I.D. No. 27-3007738 | Chapter 11 <br><br> Case No. 24-10666 (LSS) |
| In re: <br><br> Shoes For Crews, Inc., <br><br>                              Debtor. <br> Tax I.D. No. 65-0589679 | Chapter 11 <br><br> Case No. 24-24-10667 (LSS) |

| | |
|---|---|
| In re:<br><br>SFC Holdings, Inc.,<br><br>                     Debtor.<br>Tax I.D. No. 20-1268908 | Chapter 11<br><br>Case No. 24-10668 (LSS) |
| In re:<br><br>SFC Holdings, LLC,<br><br>                     Debtor.<br>Tax I.D. No. 13-4282357 | Chapter 11<br><br>Case No. 24-10669 (LSS) |
| In re:<br><br>Shoes for Crews, LLC,<br><br>                     Debtor.<br>Tax I.D. No. 13-4282362 | Chapter 11<br><br>Case No. 24-10670 (LSS) |
| In re:<br><br>SRS/MKS, L.L.C.,<br><br>                     Debtor.<br>Tax I.D. No. 52-2247003 | Chapter 11<br><br>Case No. 24-10671 (LSS) |
| In re:<br><br>Shoes for Crews Canada, Ltd.,<br><br>                     Debtor.<br>Tax I.D. No. 74-3200085 | Chapter 11<br><br>Case No. 24-10672 (LSS) |
| In re:<br><br>SFC Canada, Inc.,<br><br>                     Debtor.<br>Tax I.D. No. 05-0611314 | Chapter 11<br><br>Case No. 24-10673 (LSS) |

|  |  |
|---|---|
| In re:<br><br>Sunrise Enterprises, LLC,<br><br>                      Debtor.<br><br>Tax I.D. No. 20-8744516 | Chapter 11<br><br>Case No. 24-10674 (LSS) |

**ORDER (I) DIRECTING JOINT ADMINISTRATION OF
RELATED CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[1] of the Debtors for an order (this "Order") directing joint administration of these cases for procedural purposes only and granting related relief, all as more fully set forth in the Motion; and upon consideration of the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of these cases and this proceeding is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted, as set forth herein.

2. Each of the above-captioned chapter 11 cases is consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 24-10663 (LSS).

3. The caption of the jointly administered cases shall read as follows:

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

4860-8523-8452, v. 2

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Never Slip Holdings, Inc., *et al.*,[1] | Case No. 24-10663 (LSS) |
| Debtors. | (Jointly Administered) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Never Slip Holdings, Inc. (5010); Never Slip TopCo, Inc. (8956); SHO Holding I Corporation (7699); SHO Holding II Corporation (7738); Shoes For Crews, Inc. (9679); SFC Holdings, Inc. (8908); SFC Holdings, LLC (2357); Shoes for Crews, LLC (2362); SRS/MKS, L.L.C. (7003); Shoes for Crews Canada, Ltd. (0085); SFC Canada, Inc. (1314); and Sunrise Enterprises, LLC (4516). The Debtors' service address is 5000 T-Rex Avenue, Suite 100, Boca Raton, FL 33431.

4. The foregoing caption shall satisfy the requirements of section 342(c)(1) of the Bankruptcy Code.

5. The Clerk of the Court shall make a docket entry in each Debtor's chapter 11 case (except that of Never Slip Holdings, Inc.) substantially as follows:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware directing joint administration for procedural purposes only of the chapter 11 cases of: Never Slip Holdings, Inc., Case No. 24-10663; Never Slip TopCo, Inc., Case No. 24-10664; SHO Holding I Corporation, Case No. 24-10665; SHO Holding II Corporation, Case No. 24-10666; Shoes For Crews, Inc., Case No. 24-10667; SFC Holdings, Inc., Case No. 24-10668; SFC Holdings, LLC, Case No. 24-10669; Shoes for Crews, LLC, Case No. 24-10670; SRS/MKS, L.L.C., Case No. 24-10671; Shoes for Crews Canada, Ltd., Case No. 24-10672; SFC Canada, Inc., Case No. 24-10673; and Sunrise Enterprises, LLC, Case No. 24-10674. **All further pleadings and other papers shall be filed in and all further docket entries shall be made in Case No. 24-10663 (LSS)**.

4860-8523-8452, v. 2

6. The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the District of Delaware shall keep, one consolidated docket, one file, and one consolidated service list for these chapter 11 cases.

7. Nothing in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases and this Order shall be without prejudice to the rights of the Debtors to seek entry of an Order substantively consolidating their respective cases.

8. The Debtors are authorized and empowered to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

9. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: April 3rd, 2024**
**Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

4860-8523-8452, v. 2