**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Never Slip Holdings, Inc., *et al.*,[1] | Case No. 24-10663 (LSS) |
| Debtors. | (Jointly Administered) |
| | Re: Docket Nos. 70, 132, 136, 154, 173 |

## NOTICE OF SUCCESSFUL BIDDER AND CANCELLATION OF AUCTION

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

On April 26, 2024, United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order (I)(A) Approving Certain Bidding Procedures and the Form and Manner of Notice Thereof, (B) Approving the Debtors' Entry into the Stalking Horse APA, (C) Approving the Form and Manner of Notice of the Sale Hearing; and (II) Granting Related Relief* [Docket No. 132] (the "Order"),[2] by which the Court approved procedures setting forth the process by which the Debtors are authorized to conduct a marketing and auction process for the sale or sales of substantially all of the Debtors' assets (the "Assets") through one or more sale transactions.

**PLEASE TAKE FURTHER NOTICE** that, other than the Stalking Horse APA, no Qualifying Bids were received prior to the Bid Deadline on May 17, 2024, at 5:00 p.m. (E.T.). Accordingly, pursuant to the Order and Bidding Procedures, the Stalking Horse APA has been designated as the Successful Bid.

**PLEASE TAKE FURTHER NOTICE** that the Auction will not be held and is hereby cancelled. The Sale Hearing to consider approval of the sale of the Assets to the Successful Bidder will be held before the Honorable Laurie Selber Silverstein, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on **May 23, 2024, at 2:30 p.m. (E.T.)**.

**PLEASE TAKE FURTHER NOTICE** that, on May 7, 2024, the Debtors filed the *Notice of Filing of Proposed Form of Order (I) Approving Stalking Horse Purchase Agreement and*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Never Slip Holdings, Inc. (5010); Never Slip TopCo, Inc. (8956); SHO Holding I Corporation (7699); SHO Holding II Corporation (7738); Shoes For Crews, Inc. (9679); SFC Holdings, Inc. (8908); SFC Holdings, LLC (2357); Shoes for Crews, LLC (2362); SRS/MKS, L.L.C. (7003); Shoes for Crews Canada, Ltd. (0085); SFC Canada, Inc. (1314); and Sunrise Enterprises, LLC (4516). The Debtors' service address is 5000 T-Rex Avenue, Suite 100, Boca Raton, FL 33431.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Order or the Bidding Procedures, attached to the Order as Exhibit 1, as applicable.

*Authorizing the Sale of Certain Assets of the Debtors Outside the Ordinary Course of Business, (II) Authorizing the Sale of the Assets Free and Clear of All Liens, Claims, Interests and Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, and (IV) Granting Related Relief* [Docket No. 173] (the "Proposed Sale Order").  At the Sale Hearing, the Debtors will seek the Court's approval of the Successful Bid for the Assets.  Unless the Court orders otherwise, the Sale Hearing shall be an evidentiary hearing on matters relating to the sale of the Assets pursuant to the Proposed Sale Order, and there will be no further bidding at the Sale Hearing.

This notice is subject to the terms and conditions of the Order, and the Debtors encourage parties in interest to review such documents, including the Bidding Procedures, attached as Exhibit 1 to the Order, in their entirety.  Parties interested in receiving additional or other information regarding the proposed Sale, proposed sale transaction, or other disposition of the Assets may contact Omni Agent Solutions ("Omni"), via telephone at 888-202-5659 (US & Canada toll free) and 747-288-6384 (International) or via email at ShoesforCrewsInquiries@OmniAgnt.com.

Copies of the Motion, the Order, the Bidding Procedures, this notice, and any other related documents are available:  (a) upon request to Omni, via telephone at 888-202-5659 (US & Canada toll free) and 747-288-6384 (International) or via email at ShoesforCrewsInquiries@OmniAgnt.com; (b) by visiting the Debtors' restructuring website at https://omniagentsolutions.com/ShoesforCrews; or (c) for a fee via PACER by visiting https://pacer.uscourts.gov.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| Dated:  May 17, 2024<br>          Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP**<br><br>*/s/ Mark L. Desgrosseilliers*<br>Mark L. Desgrosseilliers (No. 4083)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone: (302) 295-0192<br>Email: desgross@chipmanbrown.com<br><br>-and-<br><br>**ROPES & GRAY LLP**<br>Gregg M. Galardi (No. 2991)<br>Cristine Pirro Schwarzman (*pro hac vice* pending)<br>1211 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 596-9000<br>Facsimile: (212) 596-9090<br>E-mail: gregg.galardi@ropesgray.com<br>          cristine.schwarzman@ropesgray.com<br><br>-and-<br><br>**ROPES & GRAY LLP**<br>Conor P. McNamara (*pro hac vice* pending)<br>191 North Wacker Drive, 32nd Floor<br>Chicago, Illinois 60606<br>Telephone: (312) 845-1200<br>Facsimile: (312) 845-5500<br>E-mail:  conor.mcnamara@ropesgray.com<br><br>*Counsel to the Debtors and Debtors in Possession* |