# Exhibit A

## RESELLER AND PRODUCT COLLABORATION AGREEMENT

THIS WHOLESALE AGREEMENT ("*Agreement*") is made and entered into as of November 1 2019, (the "*Effective Date*") by and between Cole Haan International B.V., a private company with limited liability organized and existing under the laws of the Netherlands, with its principal place of business at Herengracht 576, 1017CJ Amsterdam, The Netherlands ("*Cole Haan International*") and Shoes For Crews LLC , a limited liability company organized and existing under the laws of Florida, with its principal place of business at 5000 T-Rex Avenue Ste 200, Boca Raton, FL 33431 ("*SfC*"). Cole Haan International or SfC may also be referred to individually herein as a "*Party*" or together as "*Parties*."

### AGREEMENT BACKGROUND

A. Cole Haan International and its Affiliates (as defined below) are internationally famous designers, advertisers, marketers, distributors and sellers of high quality footwear, apparel, handbags and accessories.

B. Cole Haan International and its Affiliates are the owners of certain names, logos, designs, trademarks and combination trademarks used in connection with products designed, advertised, marketed, distributed and sold by Cole Haan International and its Affiliates, together with the goodwill of the business pertaining thereto, including the Trademarks (as defined below)

C. The Trademarks represent the substantial goodwill created by Cole Haan International and its Affiliates through its use and sale of high quality products and by their policy of distributing their products, directly and indirectly, only through distributors and licensees that conform to their strict standards for appearance, image, clientele, customer service and overall high quality.

D. SfC has developed a slip resistant shoe outsole which is being used on third party branded footwear and SfC would like to purchase and sell certain Cole Haan footwear with the aforementioned outsole and sell it online and Cole Haan International is willing to manufacture and sell these styles to SfC.

In consideration of the covenants and agreements contained herein, and for other good and valuable consideration, the receipt and sufficiency of which are acknowledged by the execution hereof, the Parties agree as follows.

1. CERTAIN DEFINITIONS

    1.1. "*Affiliate*" means, with respect to either Party, any Person that directly or indirectly through one or more intermediaries, controls, is controlled by, or is under common control with such Party. The term "*control*" means the power to direct or cause the direction of the management and policies of a Person, whether through the ownership of voting securities, by contract, or otherwise.

    1.2. "*Approved Channel*" means the online portal of SfC for its wholesale customers, the online DTC channel www.shoesforcrews.com, the online portal of SfC, the SfC catalogues and the SfC retail doors in Orlando and Las Vegas and any other doors as approved in writing by Cole Haan International.

    1.3. "*Confidential Information*" means all information of SfC, Cole Haan International, or an Affiliate of either Party (as a "*disclosing Party*") disclosed to or observed by the other Party (as a "*receiving Party*") in connection with this Agreement.

    1.4. "*Contract Year*" means the period commencing on the Effective Date and ending on **December 31, 2021** and each successive twelve-month period thereafter beginning January 31 and ending on December 31.

1.5. *"Existing Styles"* means existing men's and/or ladies uppers bearing the Trademarks as further described in Exhibit A.

1.6. *"IP Rights"* means all intellectual and industrial property interests now or hereafter owned by Cole Haan International or its Affiliates, other than the Trademarks, whether or not copyrightable or patentable, including without limitation the following developed only in connection with, or used only on or in connection with, the Products or components thereof: (a) any unique prints and fabrics, (b) any unique designs and concepts, (c) any unique uses or combinations of fabrications in a manner which creates the visual image or effect of a unique design, and (d) any package designs, trim, trade dress, labels, advertising or promotional materials using or used in conjunction with the Products and/or the Trademarks; and including all patterns, markers, grading information, spec sheets, and similar materials created and/or used only in connection with any of the foregoing, in all cases whether created by or on behalf of Cole Haan International or SfC and embodied in any form whatsoever (including without limitation, electronic media, computer discs and hard drives).

1.7. *"Midsole"* means the midsole based on the sole of Cole Haan footwear to be used to create the Products.

1.8. *"Outsole"* means the Midsole combined with the Slip-Resistant Outsole Component.

1.9. *"SfC IP Rights"* means all intellectual and industrial property interests now or hereafter owned by SfC or its Affiliates, whether or not copyrightable or patentable, regarding the Slip-Resistant Outsole Component and needed to manufacture the Products.

1.10. *"Slip-Resistant Outsole Component"* means the slip resistant rubber outsole parts designed and/or developed by or on behalf of SfC and baring a co-branded label as agreed upon.

1.11. *"Person"* means any individual, corporation, partnership, joint venture, association, joint stock company, trust, unincorporated association or government or any agency or political subdivision thereof.

1.12. *"Products"* means the Existing Styles combined with the Slip-Resistant Outsole Component, as further specified in Exhibit A, and jointly developed by Parties and produced and sold by Cole Haan International to SfC.

1.13. *"(Products) Purchase Price"* shall have the meaning set forth in Section 6.2.

1.14. *"Quarter"* means quarters of the Contract Year, i.e., each of the three-month periods during each year of the Initial Term or Renewal Term of this Agreement.

1.15. *"Territory"* USA and any other countries approved by Cole Haan.

1.16. *"Trademarks"* means all relevant COLE HAAN trademarks, trade mark applications and service marks and their variations.

1.17. *"Trade Secrets"* means information including a formula, pattern, compilation, program, device, method, technique or process, that derives independent economic value, actual or potential, from not being generally known to the public or to other persons who can obtain economic value from its disclosure or use; and is the subject of efforts that are reasonable under the circumstances to maintain its secrecy.

2. TERM OF AGREEMENT

2.1. Term. The term of this Agreement shall commence on the Effective Date and shall end on December 31, 2021, unless terminated earlier or renewed in accordance with the provisions of this Agreement.

2.2. Renewal. Unless terminated by either party, this Agreement shall be automatically renewed with one Contract Year.

2.3. <u>Termination</u>. Every Party can terminate this Agreement at any time and without a reason in writing against a six (6) months' notice.

3. **APPOINTMENT**

3.1. <u>Appointment</u>. Subject to the terms and conditions contained herein, Cole Haan International hereby appoints SfC as Cole Haan International's reseller to sell the Products via the Approved Channel. SfC hereby accepts this appointment and agrees and undertakes to faithfully perform and discharge all of its duties, obligations and responsibilities as set forth in this Agreement.

3.2. <u>Rights Granted</u>.

(a) Subject to the terms and conditions contained herein, Cole Haan International hereby grants SfC and SfC hereby accepts a non-assignable, non-transferable non-exclusive right to use the Trademarks and the IP Rights only in connection with the above appointment.

(b) Subject to the terms and conditions contained herein, SfC hereby grants Cole Haan International and Cole Haan International hereby accepts a non-assignable, non-transferable non-exclusive right to use the SfC IP Rights only in connection with sales and manufacturing of the Products as set forth in this Agreement.

3.3. <u>Rights Not Granted</u>. All rights other than those expressly granted to SfC or Cole Haan International are reserved to respectively Cole Haan International or SfC. This Agreement is not an assignment or grant to SfC of any right, title or interest in or to the Trademarks or IP Rights, or any of other trademarks of Cole Haan International or its Affiliates, other than the grant of rights to use the Trademarks and IP Rights under the terms and conditions of this Agreement. This Agreement is not an assignment or grant to Cole Haan International of any right, title or interest in or to the SfC IP Rights, other than the grant of rights to use the SfC IP Rights under the terms and conditions of this Agreement.

3.4. <u>Exclusivity</u>. During the Term Cole Haan International will not enter into a similar product collaboration as agreed upon in this Agreement with any of the following companies: Laforst, SR Max, Lehigh, Grainger, Cintas and, Skechers. Upon mutual agreement in writing and reasonable request new companies may be added.

4. **PRODUCT**

4.1. <u>Product Development</u>. Parties will work closely together regarding the development and production of the Products.

(a) Parties will jointly agree in the design of the Products.

(b) Cole Haan International will provide SfC with the tooling of the Existing Styles.

(c) SfC will create the tooling for the Outsole Product.

(d) SfC will make the first sample of the Products and send them for approval to Cole Haan International.

(e) Cole Haan International will pay for the tooling of the Midsole and SfC will pay for the tooling of the Slip-Resistant Outsole Component.

(f) Parties will agree on a co-branded label and product name.

(g) Final design is/will be added to <u>Exhibit A</u>.

3

4.2. <u>SfC Responsibility</u>. SfC is fully responsible for the final design and development of the Outsole. Parties acknowledge that the Slip-Resistant Outsole Component will not be a full rubber covering the Midsole, but only the heel and toe part will be covered by the Slip-Resistant Outsole Component.

(a) SfC represent and warrants that the use and application of the Slip-Resistant Outsole Component is enough to get the needed slip resistant effect.

(b) SfC will make sure that the Products will pass any applicable slip-resistant tests need to sell and promote the Products as slip-resistant in the agreed channels.

4.3. <u>Product Manufacturing</u>. The Products will be manufactured by third-party manufactures of Cole Haan International ("*Manufacturers*") and the Slip-Resistant Outsole Component will be attached to the Cole Haan footwear in accordance with the instructions of SfC. SfC represent and warrants that the Manufactures will have sufficient Slip-Resistant Outsole Component available for the production of the Products.

5. DISTRIBUTION

5.1. <u>Manner and Scope</u>. The manner and scope of the distribution of Products, their availability, variety, fabrication, colors and sizes are critical to the promotion of the Products and to the protection of the Trademarks, the IP Rights and their associated goodwill. SfC shall use its commercially reasonable best efforts to sell the Products via the Approved Channel.

5.2. <u>SfC's Duties</u>.

(a) Distribution of Products via the Approved Channel.

(b) SfC shall not sell the Products via any other channel then the Approved Channel.

(c) SfC shall exercise its commercially reasonable best efforts to safeguard the prestige and goodwill represented by the Trademarks, the IP Rights and the image associated therewith at the same level as heretofore maintained by Cole Haan International and its Affiliates.

(d) SfC shall not sell any Products that are seconds that contain any deformity to or markings on the Trademarks, without the prior written approval of Cole Haan International. All seconds that contain any deformity to or markings on the Trademarks and not approved by Cole Haan International for sale, and/or not sold in accordance with Cole Haan International's approval, shall be destroyed.

(e) SfC shall maintain shall keep true, full and accurate books of account and records regarding the purchase, importation, distribution and sale of the Products.

6. PRODUCTS; PRICES; PAYMENT

6.1. <u>Purchases</u>. Reseller shall purchase the Products from Cole Haan International.

6.2. <u>Pricing; Payment</u>.

(a) Reseller shall pay to Cole Haan International the mutually agreed purchase price for the Products ("*Products Purchase Price*"). All prices for the Products are exclusive of any applicable value added or any other sales tax, for which SfC shall be solely responsible. Unless otherwise specified in the order (which may specify "FOB factory", "FOB consolidation point," "delivery duty paid (DDP)," or any other Incoterm 2010); prices shall be specified as "EXW", which shall include packing for shipment and marking shipping.

4

(b) All purchases of Products made by SfC from Cole Haan International shall be paid in US dollars, to a bank account designated by Cole Haan International, or as otherwise designated by Cole Haan International.

(c) All purchases of Products made by SfC from Cole Haan International under this Agreement shall within 30 days after the goods have been made available by Cole Haan for pick-up.

(d) In case of late payment Cole Haan International will require SfC to provide for an irrevocable standby letter of credit (in all cases such letter being issued by a bank and in a form satisfactory to Cole Haan International or by such other forms of financing as designated or approved by Cole Haan International in writing) and SfC will provide such L/C. The standby letter of credit must be (i) valid for a period of six (6) months and (ii) automatically extended by SfC during the term of the Agreement, unless otherwise agreed to in writing by the Parties. Additionally, the standby letter of credit must be in an amount that meets or exceeds the aggregate amount of outstanding purchase orders submitted by SfC to Cole Haan International, without taking into account whether any such orders have been delivered by Cole Haan International, and must allow Cole Haan International to collect under it, without the agreement of SfC, upon presentation of a statement to the confirming bank that SfC has failed to make due payments under this Agreement or any order. All banking charges in connection with obtaining such standby letter of credit and collection thereof shall be borne by SfC. If payment under is not timely made payment shall be made from this standby letter of credit.

6.3. <u>Delivery</u>. All Products to be supplied by Cole Haan International pursuant to this Agreement shall be delivered via Cole Haan Distribution Center in Greenland, New Hampshire.

6.4. <u>Ordering</u>. SfC shall order Products from Cole Haan International in accordance with Cole Haan International's sales order procedures, as may be periodically amended with notice provided to SfC. Any order will meet the corporate minimums as applicable at that time. An authorized officer of SfC shall sign all orders submitted by SfC. No order shall become binding until accepted by Cole Haan International. Each order for Products accepted by Cole Haan International shall constitute a separate contract. Cole Haan International shall not revoke such acceptance or otherwise cancel any order, absent the Parties' mutual agreement. Cole Haan International may revoke such acceptance or cancel an order if minimum factory quantities are not met or if a manufacturer has cancelled an order out Cole Haan International's control. Any non-material default by Cole Haan International in relation to any accepted order shall not affect this Agreement in general, or any other orders placed under it.

6.5. SfC is not entitled to cancel or modify any order received and accepted by Cole Haan International, unless otherwise agreed to by Cole Haan International in writing on a case-by-case basis.

6.6. Property rights in the Products shall pass to SfC upon payment to Cole Haan International of the Purchase Price payable for such Products.

6.7. <u>Inspection and Defective Products</u>. SfC shall inform Cole Haan International within fifteen (15) days after delivery at SfC's local warehouse of any defects to the Products. In case that the defect is not clearly apparent at the time of the delivery; or in case of concealed defects, SfC shall inform Cole Haan International within five (5) days after SfC is aware of such defect. Distributor accepts a five (5) percent defect rate regarding the Products per Contract Year, meaning that Distributor accepts that five (5) percent of all delivered Products could be deemed unsalable due to quality issues or defects. Defective products will be reimbursed in based upon the factory's acceptance of the defects.

6.8. <u>Disposal of Obsolete Products</u>. SfC shall liquidate or discount obsolete or slow moving products in a manner that will not damage the Cole Haan brand. If such liquidation affects more than 10% of SfC purchases, then parties will discuss in good faith an appropriate liquidation strategy and channels.

7. <u>ADVERTISING AND MARKETING</u>

5

7.1. <u>Prior Approval</u>. All advertising and marketing programs and materials, including its creative execution, media placement and scheduling, must be consistent with the high quality, image and standards of Cole Haan International and shall be subject to the prior written approval of Cole Haan International. Before use or publication of any advertising (which shall include, without limitation, press releases, editorials, photograph submissions and similar items) or (template) marketing materials, to the public or trade, SfC shall submit every element of the advertising to Cole Haan International for approval using an Advertising Approval Form. Cole Haan International shall approve or disapprove within 5 working days.

8. <u>INSURANCE</u>

8.1. <u>Level of Coverage</u>. Without limiting SfC's liability under the indemnity provisions hereof, during the term of this Agreement, and for three (3) years following the date of expiration or termination hereof, SfC shall maintain with reputable insurance companies reasonably satisfactory to Cole Haan International (with a BEST Guide Rating of B+ VII or better) comprehensive general liability insurance in the amount of at least US$5,000,000.00 per occurrence) (US$1,000,000.00 single limit per occurrence, but with applicable excess coverage up to US$4,000,000 per occurrence) plus defense costs). The insurance may constitute one policy of US$1,000,000 general liability coverage, with another policy of US$4,000,000 general liability excess umbrella coverage. This insurance shall include (i) broad form blanket contractual liability; (ii) workers' compensation; (iii) products liability and completed operations liability; (iv) advertising injury; (v) cross liability; (vi) special form "all risk" blanket property coverage (including earthquake and flood protection) at replacement cost; (vii) selling price or evidence of business interruption coverage of gross revenues for six (6) months; (viii) an endorsement stating that Cole Haan International shall receive at least thirty (30) days written notice prior to modification, cancellation or non-renewal of coverage; (ix) an endorsement naming Cole Haan International as an additional insured; (x) an endorsement stating that the insurance shall be primary and not contributory as to Cole Haan International; (xi) and a waiver of subrogation in favor of Cole Haan International. During the term of this Agreement, SfC may not engage in the sale or promotion of any Product or the operation of Stores unless the required insurance coverage is in full force and effect.

8.2. <u>Proof of Insurance</u>. Upon request, Reseller shall provide Cole Haan International with relevant documents evidencing the insurance coverage required hereunder.

9. <u>OWNERSHIP AND PROTECTION OF TRADEMARKS AND IP RIGHTS</u>

9.1. <u>Ownership</u>. SfC acknowledges that, as between Cole Haan International and SfC, Cole Haan International and its Affiliates are the exclusive owners of the Trademarks and the IP Rights and that all of SfC's uses of the Trademarks and of the IP Rights shall inure to the exclusive benefit of Cole Haan International and its Affiliates. Cole Haan International acknowledges that, as between Cole Haan International and SfC, SfC and its Affiliates are the exclusive owners of the SfC IP Rights and that all of Cole Haan International's uses of the SfC Rights shall inure to the exclusive benefit of SfC and its Affiliates.

9.2. <u>Prohibited Acts SfC</u>. SfC shall not, directly or indirectly:

(a) claim ownership of, register, or attempt to register the Trademarks or the IP Rights or use any of them in such a way so as to give the impression that they are the property of SfC;

(b) engage in any activity that may contest, dispute, dilute or otherwise impair the right, title, interest or goodwill of Cole Haan International in the Trademarks;

(c) use the Trademarks in any manner that is not necessary or beneficial for the sale of the Products; or

(d) make any modifications to the Products or their packaging. SfC reserves the right to re-package returned/exchanged styles in SfC boxes.

9.3. <u>Prohibited Acts Cole Haan International</u>. Cole Haan International shall not, directly or indirectly:

(a) claim ownership of, register, or attempt to register the SfC IP Rights or use any of them in such a way so as to give the impression that they are the property of Cole Haan International; or

(b) make any modifications to the Slip-Resistant Outsole Component.

9.4. <u>Compliance with the Rules of Cole Haan International</u>. Cole Haan International may promulgate, from time to time, rules and amendments thereto, relating to use of the Trademarks and the IP Rights, and SfC shall comply with all such rules and amendments. Such rules and amendments shall be effective upon receipt thereof by SfC.

10. <u>CONFIDENTIAL INFORMATION</u>

10.1. Neither Party shall disclose or use Confidential Information of the other Party (including making commercial use of, copying or reproducing, publishing or publicly announcing, and being disclosed to or used by employees to whom such disclosure is not necessary for the purpose of complying with this Agreement) without the prior written consent, except to the extent necessary to perform this Agreement. Each Party is responsible for any acts or omissions of such Party's employees and independent contractors that would constitute a breach of this <u>Section 10</u> if done by such Party itself.

10.2. In addition, the obligations in this <u>Section 10</u> shall not restrict disclosure as required by law (provided that the Party subject to such legal requirement gives prompt notice to the other Party of such requirement and provides reasonable assistance in obtaining a protective order with respect to any of the affected Party's Confidential Information disclosed). For the avoidance of doubt, this confidentiality obligation shall remain in effect after the Agreement term for the lesser of (i) seven (7) years or (ii) for as long as such confidentiality obligations meet the definition of Confidential Information.

10.3. Upon termination or expiration of this Agreement, or upon Cole Haan International's request, SfC must return or destroy all Confidential Information received. If the SfC destroys such information, SfC must provide a written statement to Cole Haan International certifying this within five (5) business days from the termination, expiration or request.

11. <u>INDEMNIFICATION, REPRESENTATIONS AND WARRANTIES</u>

11.1. <u>Indemnification by SfC</u>. SfC shall indemnify, protect, hold harmless and defend Cole Haan, its officers, directors, affiliates, agents and employees from and against any and all claims of third parties, suits, losses, liabilities, expenses and damages, including costs of suit and attorneys' fees, arising out of or in any way connected with: the design, manufacture of the Slip-Resistant Outsole Component; any alleged defect in a Slip-Resistant Outsole Component; the sale or advertisement of any Product by SfC; the claim of any third party that termination or expiration of this Agreement caused it damage; the breach of this Agreement; or the inaccuracy of any representation or warranty made by SfC herein. For clarification, SfC's indemnification will not (i) apply to those claims that Cole Haan has agreed to indemnify SfC against, or (ii) include special, consequential, speculative or similar damages (including without limitation, lost profits, <u>provided</u>, <u>however</u>, that "lost profits" and the other damages excluded in this subsection (ii) will expressly not include any amounts which SfC is required to pay and/or expend hereunder), but will be limited to Cole Haan's actual, out of pocket costs incurred and amounts which SfC fails to pay and/or expend hereunder, if any. The foregoing will not limit SfC's indemnification of Cole Haan for consequential, punitive or similar damages which any party actually obtains against Cole Haan as a result of any of the claims or other matters described in this <u>Section 11.1</u> of this Agreement. Compliance by SfC with the insurance provisions of this Agreement shall not relieve SfC of its duty to indemnify and defend Cole Haan under this <u>Section 11.1</u>. The duty to indemnify and defend survives the termination or expiration of this Agreement.

11.2. <u>Defense Counsel</u>. Cole Haan shall provide SfC with notice of any indemnified against claim promptly after Cole Haan learns of such claim. SfC shall defend Cole Haan, with counsel reasonably acceptable to

Cole Haan, with respect to each and every claim for which Cole Haan is indemnified by SfC under this Agreement. SfC shall pay for the services of such counsel upon counsel's presentation of legal bills or requests for retainer. With respect to any claim for which SfC's insurance company is providing the defense, Cole Haan may submit its preferred counsel for its defense, however, SfC will not be obligated to use such counsel.

11.3. <u>Authority</u>. Each of the parties represents and warrants that it has the full right, power and authority to enter into this Agreement and to perform all of its respective obligations, that it is under no legal impediment which would prevent its entering into and performing fully its obligations under this Agreement, and that it is financially capable of performing such obligations.

11.4. <u>SfC Representations and Warranties.</u> SfC represents and warrants to Cole Haan that:

(a) SfC is a limited liability company duly organized, validly existing and in good standing under the laws of incorporation;

(b) SfC has the right to use the SfC IP Rights for use in connection with the Products as provided for in this Agreement; and

(c) the Slip-Resistant Outsole Component and any intellectual or industrial property materials (including without limitation designs, patterns, labels, logos and promotional items) submitted by SfC to Cole Haan for approval are original and do not infringe the rights of any other person.

11.5. <u>Cole Haan: Representations and Warranties</u>. Cole Haan represents and warrants to SfC that:

(a) Cole Haan International is a limited liability company duly organized, validly existing and in good standing under the laws of incorporation;

(b) Cole Haan has the right to use the Trademarks for use in connection with the Products as provided for in this Agreement; and

(c) Except as set forth above, Cole Haan makes no representation or warranty, either express or implied, as to any matter whatsoever, including, without limitation, the design, merchantability, durability, suitability of any product or other item or the fitness of any product or other item for a particular purpose.

11.6. <u>Indemnification by Cole Haan</u>. Cole Haan shall indemnify, protect, hold harmless and defend SfC, its officers, directors, employees and affiliates, from and against any and all claims of third parties, suits and damages (including costs of suit and reasonable attorneys' fees) reasonably incurred by SfC and arising out of any claim ("*Claim*") that SfC's use of the Trademarks infringe the rights of a third party, provided that (i) SfC's use of such Trademarks is made in strict accordance with this Agreement, (ii) SfC notifies Cole Haan of any Claim immediately after SfC learns of such Claim, (iii) Cole Haan has exclusive control (including its choice of counsel) over the defense or settlement of any proceedings related to such Claim, and (iv) SfC provides Cole Haan such reasonable assistance in relation to such proceedings as Cole Haan may reasonably request. Notwithstanding the foregoing, in no event will the indemnification provided by Cole Haan under this Section 11.6 exceed the amount of Royalties actually received by Cole Haan from SfC at the time of such Claim, unless Cole Haan had actually granted rights in the Trademarks to the third party.

For clarification, Cole Haan's indemnification will not apply to those claims that SfC has agreed to indemnify Cole Haan against, as described in Section 11.1. In addition, and notwithstanding anything contained in this Section 11.6 or elsewhere in this Agreement, in no event will Cole Haan's indemnification of SfC or any other person include special, consequential, speculative or similar damages (including without limitation, lost profits), but will be limited to SfC's actual, out of pocket costs incurred, if any.

11.7. COLE HAAN INTERNATIONAL WILL NOT BE LIABLE TO SFC FOR ANY INDIRECT, CONSEQUENTIAL, SPECIAL, PUNITIVE, EXEMPLARY OR INCIDENTAL DAMAGES OF ANY KIND (INCLUDING WITHOUT LIMITATION, LOSS OF PROFIT OR INTERRUPTION OR LOSS OF

BUSINESS), HOWEVER CAUSED, ARISING OUT OF OR RELATED TO THIS AGREEMENT, WHETHER IN AN ACTION BASED ON CONTRACT, WARRANTY, STRICT LIABILITY, TORT (INCLUDING WITHOUT LIMITATION NEGLIGENCE) OR OTHERWISE, EVEN IF IT HAS BEEN ADVISED OF THE POSSIBILITY OF THOSE DAMAGES. COLE HAAN INTERNATIONAL'S LIABILITY FOR MONEY DAMAGES, HOWEVER CAUSED, ARISING OUT OF OR RELATED TO THIS AGREEMENT SHALL NOT EXCEED AN AMOUNT EQUAL TO TWELVE (12) MULTIPLIED BY SFC'S AVERAGE MONTHLY PURCHASE OF PRODUCTS (AS MEASURED BY THE TOTAL PURCHASE PRICE OF SUCH PRODUCTS) OVER THE PRECEDING TWELVE (12) MONTHS (OR, IF LESS THAN TWELVE (12) MONTHS HAS ELAPSED, SINCE EFFECTIVE DATE OF THIS AGREEMENT). THESE LIMITATIONS WILL APPLY REGARDLESS OF THE LEGAL THEORY OF LIABILITY, WHETHER UNDER CONTRACT, TORT (INCLUDING NEGLIGENCE AND STRICT LIABILITY), OR ANY OTHER THEORY.

12. **FORCE MAJEURE**

Except for SfC's payment obligations, which shall not be excused, neither Cole Haan International nor SfC shall be held responsible for any loss, damage or delay suffered by the other Party owing to any cause that is beyond the reasonable control of the Party and cannot be attributed to willful nonperformance of its obligations. Such causes include, but are not limited to, wars, terrorist acts, embargoes, riots, civil disturbances, fires, storms, floods, typhoons, earthquakes and other natural calamities, strikes and labor disputes, government acts and restrictions, and other causes that cannot be overcome or prevented by due diligence. A Party wishing to invoke this Section 12 shall give prompt written notice to the other Party stating the relevant cause. The non-performing Party shall promptly resume performance of its obligations the moment such cause or causes cease to operate; provided, however, that if the condition continues with respect to SfC for a period of more than ninety (90) days, Cole Haan International shall have the right to terminate this Agreement.

13. **BREACH AND TERMINATION**

13.1. **Remedies for Breach**. Cole Haan International shall have the right to (partially) terminate this Agreement with immediate effect by giving a written notice of such termination to SfC, in any of the following circumstances:

(a) If SfC shall commit a breach of any of the covenants or conditions in this Agreement and such breach is not remedied by SfC within thirty (30) days after receipt of the written notice thereof;

(b) If SfC has a receiver or custodian appointed for its business or assets, or goes into liquidation either involuntarily or voluntarily, or enters into any composition or arrangement with its creditors, or ceases or threatens to cease to carry on its business, or enters into any merger or consolidation;

(c) If SfC assigns or attempts to assign this Agreement or any part thereof;

(d) If SfC sells or transfers or assigns or in any other way relinquishes possession of any substantial portion of its business or assets or encumbers the Products;

(e) If SfC liquidates, dissolute, or terminates its activities;

(f) If any change in the ownership or management of SfC that, in Cole Haan's sole opinion, adversely affects the promotion and sale of the Products;

(g) If the introduction of any bill in the legislature of any national or governmental subdivision or the passage or issuance of any provision, statute, decree, order, notice, rule or document having the force of law within the Territory, granting independent sales representatives, SfC, or dealers the right to receive extra contractual indemnification from principals upon the latter's termination or refusal to renew applicable agreements between the parties;

9

(h) If any change in the law will restrict, limit or prohibit the importation, sale, marketing or distribution of the Products.

13.1. Any termination of this Agreement shall be without prejudice to any claim or remedy Cole Haan International may have against SfC under this Agreement, either at law or equity.

14. OBLIGATIONS AT EXPIRATION OR TERMINATION

14.1. Termination of Rights. Upon expiration or termination of this Agreement for any reason, all rights granted by Cole Haan International to SfC hereunder shall automatically terminate and SfC shall cease and desist from any and all use of the Trademarks. SfC shall execute any instruments requested by Cole Haan International which are necessary or desirable to accomplish or confirm the foregoing. Cole Haan International will have no obligation to obtain a declaration or similar order from any judicial or regulatory authority, wherever located, affirming that the Agreement has expired or been terminated.

14.2. Signs and Promotional Materials. Within three (3) days after the expiration or termination of this Agreement for any reason, SfC shall remove and deliver to Cole Haan International all exterior and interior signs and displays bearing the Trademarks or the IP Rights as well as all other promotional materials, including mailers, flyers, brochures, shopping bags, tags, business cards and letterhead, bearing the Trademarks or the IP Rights.

14.3. Inventory: Right to Purchase. Not later than forty-five (45) days prior to the expiration of this Agreement or within five (5) days after the termination of SfC's rights under this Agreement, SfC shall furnish to Cole Haan International a certificate listing its inventory of Products together with the location thereof. Cole Haan International shall have the right to conduct a physical inventory of Products and work in progress inventory. Cole Haan International shall have the option (but not the obligation) to purchase from SfC all or any part of its respective inventory of Products upon the following terms:

(a) Cole Haan International shall notify SfC of its intention, if any, to exercise this option within fifteen (15) days after Cole Haan International's receipt of such certificate and shall specify which of the Products are to be purchased;

(b) the price for Products shall be no greater than the landed costs for SfC;

(c) SfC shall deliver Products purchased by Cole Haan International within fifteen (15) days after receipt of the notice of Cole Haan International's intention to purchase the inventory; and

(d) payment shall be due upon delivery; provided, however, that Cole Haan International may deduct from the purchase price for Products any amounts owed it by SfC.

14.4. Remaining Products. Products not sold by SfC in accordance with this Section 14 shall be destroyed or may be sold only after the Trademarks and features embodying IP Rights have been removed therefrom (which removal may be inspected by Cole Haan International, its agents and/or representatives) prior to sale, unless the Parties agree otherwise in writing.

(a) If Agreement Expired. In the event this Agreement has expired in accordance with its terms, as to any Products not purchased by Cole Haan International, SfC may sell such Products on a non-exclusive basis in accordance with this Agreement; provided, however, SfC shall have only ninety (90) days after the date of expiration to sell and ship such Products. In selling off its inventory SfC shall not represent or imply that it is any longer a licensee, SfC or authorized dealer or representative of Cole Haan International.

(b) If Agreement Terminated. If the rights granted to SfC under this Agreement have been terminated, SfC may not sell any Products bearing the Trademarks.

14.5.  **No Liability.**  Upon the expiration or termination of this Agreement for any reason, SfC shall not be entitled to and waives the right to termination compensation, damages on account of any loss of prospective profits on anticipated sales or on account of expenditures, including those for advertising, promotion or for manufacturing facilities, investments, leases, or other commitments relating to the business or good will of SfC, including without limitation, damages claimed by reason of SfC's reliance upon further continuance of this Agreement.

15.  **COMPLIANCE, GENERALLY; COMPLIANCE PROGRAM**

15.1.  **Compliance with Laws Generally; Conduct of Business.**  SfC shall take all actions required by any local, provincial, national, state or regional agency, government or commission to carry out the purposes of the rights licensed hereunder in compliance with applicable law. (The foregoing is not intended to preclude SfC from contesting any such required action in good faith, so long as SfC's failure to comply during the period does not have a material adverse effect on the Trademarks, the Products and/or Cole Haan International's image or reputation.)  SfC shall immediately provide Cole Haan International with copies of any material communication to or from any such agency, government or commission that relates to or is likely to affect Cole Haan International or the Trademarks or the IP Rights.  Without limitation to the foregoing, SfC shall not engage in any unfair or illegal trade practices or commit any acts or engage in any transactions that would reflect adversely upon the goodwill associated with the Cole Haan International, the Trademarks, the IP Rights, or the Products.  SfC shall at all times conduct its business in an ethical manner in compliance with all applicable laws and regulations, and in compliance with the corporate policies of Cole Haan International and its affiliates applicable to SfC.

15.2.  **Compliance with Other Anti-Corruption Laws.**  SfC acknowledges and understands that Cole Haan International and its affiliates are subject to laws in many countries prohibiting Cole Haan International and/or its Affiliates, or those who perform certain services for Cole Haan International and/or its Affiliates, from offering or paying any bribe or giving gifts or hospitality to anyone for the purpose of obtaining an improper business advantage.  SfC also understands that many of these laws apply regardless of where the activity occurs.  Accordingly, in connection with the performance of this Agreement or any other activities involving Cole Haan International, SfC (including its officers, directors, employees, and agents acting on SfC's behalf), will not provide anything of value, or promise or offer anything of value, directly or indirectly through a third party, (i) to or for the benefit of any official or employee of any government or governmental agency or instrumentality, or any Person acting on behalf of such entities, (ii) to any political party, political party official, or candidate for political office, (iii) to any officer or employee of any public international organization, or (iv) to any other Person if SfC knows or has reason to know that any part of such value will be provided, directly or indirectly, to any Person referred to in (i), (ii) or (iii) above, or (v) to any other Person to improperly obtain a business advantage or to obtain or retain business, to induce the Person to perform any function or activity improperly, or to provide a reward for doing so or to corruptly influence, directly or indirectly, any act or decision of any Person referred to above, or if the payment would otherwise violate, or cause Cole Haan International or its Affiliates to violate, the laws or policies of the United States, United Kingdom, the Netherlands, or any other country whose laws apply to Cole Haan International and/or its Affiliates.  It is the intent of the parties that no payments or transfers of value shall be made which have the purpose or effect of public or commercial bribery, acceptance or acquiescence in extortion, kickbacks or other unlawful or improper means of obtaining or retaining business or a commercial advantage.

15.3.  **Compliance with U.S. Anti-Boycott Laws.**  SfC agrees that it will not take any action or require any representations from Cole Haan International that will cause Cole Haan International to violate the U.S. Anti-Boycott Regulations, 15 C.F.R. Part 760.

15.4.  **Compliance with Export Control Laws and Regulations and Economic Sanctions.**  SfC shall at all times conduct its business in compliance with all applicable export control laws and regulations and economic sanctions. In particular, SfC will comply with, and will not take any action that would cause Cole Haan International to violate, all applicable export control laws and regulations, economic sanctions, and anti-corruption laws and regulations, including without limitation: the International Emergency Economic Powers Act, 50 U.S.C. § 1701 et seq.; the Trading with the Enemy Act, 50 U.S.C. App. 5; the Export Administration Regulations, 15 C.F.R. §§ 730-744; the economic sanctions programs administered by the Office of Foreign Assets Control within the U.S. Department of Treasury; or the Iran Sanctions Act of 1996 (as amended), 50 U.S.C. § 1701.

11

16. GOVERNING LAW AND RESOLUTION OF DISPUTES

16.1. Governing law. This Agreement will be interpreted under, and any disputes arising out of this Agreement will be governed by, the laws of the State of New York, without regard to its conflict of laws principles. Application of the United Nations Convention on Contracts for the International Sale of Goods is hereby expressly excluded.

16.2. Selection of Forum. Each Party irrevocably consents to the jurisdiction of the state and federal courts located in the city of New York, NY, USA, in connection with all actions arising out of or in connection with this Agreement, and waives any objections that venue is an inconvenient forum. Neither Party will initiate any action against the other Party in any other jurisdiction, provided that a final judgment in any such action or proceeding will be conclusive and may be enforced in any other jurisdiction by suit on the judgment or in any other manner provided by law.

16.3. Provisional Remedies. Notwithstanding the provisions of Section 16.1, Cole Haan International in its discretion may seek and obtain provisional or administrative remedies prior to or contemporaneously with litigation in any court, tribunal or other governmental agency of competent jurisdiction. SfC acknowledges and admits that the Trademarks and the IP Rights possess a special, unique and extraordinary character, which makes difficult the assessment of monetary damages which Cole Haan International might sustain by any use which is inconsistent with this Agreement, and that irreparable injury would be caused to Cole Haan International by any use of the Trademarks or IP Rights which is inconsistent with this Agreement, such that injunctive and similar relief would be appropriate. Accordingly, without prejudice to any other right and/or remedy Cole Haan International may have under this Agreement or the law, if, after notice by Cole Haan International, SfC fails to take any action which SfC is obligated to take under this Agreement pertaining to the protection of the Trademarks and/or IP Rights, then Cole Haan International shall be entitled to an award of injunctive relief and/or specific performance to compel such action.

17. RELATIONSHIP OF PARTIES

SfC hereby acknowledges that it is not authorized to act as an agent for or legal representative of Cole Haan International, and SfC shall not have authority to assume or create any obligation on behalf or in the name of, or binding upon, Cole Haan International, nor to represent Cole Haan International in any matter not specifically provided for herein, and all sales by SfC shall be in its own name and for its own account. In particular, nothing herein shall be interpreted as making SfC the commercial agent of Cole Haan International; it being understood and agreed by the parties as follows: (a) that SfC is purchasing products from Cole Haan International or an authorized Cole Haan International manufacturing licensee or distributor for its own account and for distribution and resale in the Territory, and not under consignment or representation, (b) all promotional efforts made by SfC are under the strict direction and control of Cole Haan International, and (c) that SfC's rights under this Agreement may be terminated at any time it breaches the terms hereof or upon expiration of the initial term hereof, and that in such event SfC is not entitled to compensation, indemnification, or other form of payment from Cole Haan International. SfC hereby expressly acknowledges and agrees that SfC is not, has never been nor will ever become a commercial agent of Cole Haan International. Nothing in this Agreement shall be deemed to create a partnership, joint venture, employment, agency, fiduciary or other relationship between SfC and Cole Haan International inconsistent with the terms of this Agreement but is entered into solely for the purposes set forth in the recitals to this Agreement.

18. ASSIGNABILITY

This Agreement shall be binding upon and inure to the benefit of the successors and permitted assigns of the parties. Cole Haan International may freely assign all of its rights, duties and obligations, in whole or in part. Cole Haan International shall give written notice to SfC regarding any such assignment, along with instructions regarding payment to the assignee. The rights granted to SfC hereunder are unique and personal in nature, and neither this Agreement nor the rights granted to SfC hereunder may be assigned, transferred, pledged or hypothecated by SfC without Cole Haan International's prior written approval. Any attempt by SfC to transfer any of its rights or obligations under this Agreement, whether by assignment, sublicense or otherwise, without having

received the prior written approval of Cole Haan International, shall constitute a default hereunder, but shall otherwise be null and void.

19. INTERPRETATION

Any uncertainty or ambiguity with respect to any provision of this Agreement shall not be construed for or against any Party based on attribution of drafting to either Party. The headings contained herein are for reference purposes only and shall not affect in any way the meaning or interpretation of this Agreement.

20. ENTIRE AGREEMENT

This Agreement, including all exhibits, constitutes the entire agreement between the parties with respect to, and supersedes all prior negotiations and agreements between the parties concerning the subject matter hereof. This writing is intended as the final, complete and exclusive statement of the terms of the agreement between the parties with respect to the subject matter hereof and may only be amended in writing.

21. SEVERABILITY

The provisions of this Agreement are severable, and if any provision shall be held invalid or unenforceable, in whole or in part, in any jurisdiction, then such invalidity or unenforceability shall affect only such provision, and shall not affect such provision in any other jurisdiction. To the extent legally permissible, a provision which reflects the original intent of the parties shall be substituted for such invalid or unenforceable provision.

22. SURVIVAL

All obligations of the parties of a continuing nature, including without limitation those concerning trademark rights, indemnities and Trade Secrets, shall survive the termination or expiration of this Agreement.

23. WAIVER AND INTEGRATION

The failure of a Party to insist upon strict adherence to any term or provision of this Agreement, or to object to any failure to comply with any term or provision of this Agreement, shall not be a waiver of that term or provision, estop that P arty from enforcing that term or provision, or preclude that Party from enforcing that term or provision by estoppel or by laches. The receipt by a Party of any benefit from this Agreement shall neither constitute such Party's waiver nor effect an estoppel on the right of that Party to enforce any provision hereof. None of the terms of this Agreement shall be deemed to be waived or modified, except by an express agreement in writing, signed by an authorized officer of the Party against whom enforcement of the waiver or modification is sought, supported by new consideration.

IN WITNESS WHEREOF, the parties hereto have caused their duly-authorized representatives to execute this Agreement as of the date first-above written.

Cole Haan International, B.V.

By: _____
Name: Thomas J. Linko
Title: Director


Cole Haan International, B.V.

By: _____
Name: Bas Meeuwsen
Title: Director


Shoes for Crews LLC

By: SVP
Name: Anthony Marettas
Title: SVP

# EXHIBIT A

## PRODUCTS

Below products or any other future products to be agreed upon

Agreed names for Products: Miles and Malorie. Type name such as "Wingtip Oxford" can be added.

**Existing Styles and Slip-Resistant Outsole Component**



15