## CERTIFICATE OF SERVICE

I, Daniel N. Brogan, Esq., hereby certify that on May 20, 2024, the foregoing *Cole Haan International B.V.'s Reservation of Rights Regarding Notice of Possible Assumption and Assignment with Respect to Executory Contracts and Unexpired Leases of the Debtors* was filed and served upon the parties listed below via electronic mail and via CM/ECF upon all parties registered to receive notice in this case.

Gregg M. Galardi, Esq.
Cristine Pirro Schwarzman, Esq.
Ellen Wheeler, Esq.
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
Email: gregg.galardi@ropesgray.com
cristine.schwarzman@ropesgray.com
ellen.wheeler@ropesgray.com

Conor P. McNamara, Esq.
ROPES & GRAY LLP
191 North Wacker Drive, 32nd Floor
Chicago, IL 60606
Email: conor.mcnamara@ropesgray.com

Mark L. Desgrosseilliers, Esq.
CHIPMAN BROWN CICERO & COLE, LLP
1313 N Market St, Ste 5400
Wilmington, DE 19801
Email: desgross@chipmanbrown.com

*Co-counsel to the Debtors*

Linda Casey, Esq.
Fang Bu, Esq.
844 N. King Street, Room 2207
Wilmington, Delaware 19801
Email: linda.casey@usdoj.gov
fang.bu@usdoj.gov

*Office of the United States Trustee*

Lindsey Henrikson, Esq.
Matthew Warren, Esq.
KING & SPALDING LLP
110 N Wacker Drive Suite 3800
Chicago, IL 60606
Email: lhenrikson@kslaw.com
mwarren@kslaw.com

*Counsel to DIP Agent and the Prepetition Initial First Lien Agent,*

                 */s/ Daniel N. Brogan*
                 Daniel N. Brogan (No. 5723)

24436056 v1