**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Never Slip Holdings, Inc., *et al.*,[1] | Case No. 24-10663 (LSS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF *AMENDED*[2] AGENDA FOR THE HEARING**
**SCHEDULED FOR MAY 23, 2024, AT 2:30 P.M. (ET )[3]**

> **This hearing will be conducted in-person, any exceptions must be approved by chambers. Parties may observe the hearing remotely by registering with the Zoom link below no later than May 22, 2024, at 4:00 p.m.**
>
> **To attend a hearing remotely, please register using the eCourtAppearance tool ([available here](#))**
> **or on the court's website at www.deb.uscourts.gov.**
> ***The deadline to register for remote attendance is 4 PM (prevailing Eastern Time) the business day before the hearing unless otherwise noticed.***
>
> After the deadline has passed an electronic invitation, with the relevant audio or video link, will be emailed to you prior to the hearing.

I.  **MATTER GOING FORWARD**

  1. Debtors' Motion Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code for Entry of an Order (I)(A) Approving the Bidding Procedures, Including the Debtors' Entry Into the Stalking Horse APA, the Sale Timeline, and the Form and Manner of Notice Thereof, and (B) Approving the Deadline for Parties in Interest to Provide Notice of Their Intention to Use the Challenge Period to Investigate the Liens and Claims of the Prepetition First Lien Secured Lenders Seeking to Credit Bid at the Auction; (II) Approving the Debtors' (A) Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Liens Other Than Assumed Liabilities and (B) Assumption and Assignment of Certain Executory Contracts and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Never Slip Holdings, Inc. (5010); Never Slip TopCo, Inc. (8956); SHO Holding I Corporation (7699); SHO Holding II Corporation (7738); Shoes For Crews, Inc. (9679); SFC Holdings, Inc. (8908); SFC Holdings, LLC (2357); Shoes for Crews, LLC (2362); SRS/MKS, L.L.C. (7003); Shoes for Crews Canada, Ltd. (0085); SFC Canada, Inc. (1314); and Sunrise Enterprises, LLC (4516). The Debtors' service address is 5000 T-Rex Avenue, Suite 100, Boca Raton, FL 33431.

[2]  **Amended items appear in bold.**

[3] All motions and other pleadings referenced herein are available online at the following web address: https://omniagentsolutions.com/ShoesforCrews.

Unexpired Leases to the Successful Bidder; and (III) Granting Related Relief, filed April 8, 2024 [Docket No. 70].

Objection Deadline:  May 20, 2024 at 4:00 p.m. (ET).

Related Pleadings:

A. Order (I)(A) Approving Certain Bidding Procedures and the Form and Manner of Notice Thereof, (B) Approving the Debtors' Entry into the Stalking Horse APA, (C) Approving the Form and Manner of Notice of the Sale Hearing; and (II) Granting Related Relief, entered April 26, 2024 [Docket No. 132].

B. Notice of Proposed Sale of Assets, Stalking Horse APA, Bidding Procedures, Auction, and Sale Hearing, filed April 30, 2024 [Docket No. 136].

C. Notice of Possible Assumption and Assignment with Respect to Executory Contracts and Unexpired Leases of the Debtors, filed May 3, 2024 [Docket No. 154].

D. Notice of Filing of Revised Proposed Form of Order (I) Approving Stalking Horse Purchase Agreement and Authorizing the Sale of Certain Assets of the Debtors Outside the Ordinary Course of Business, (II) Authorizing the Sale of Assets Free ad Clear of All Liens, Claims, Interests and Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, and (IV) Granting Related Relief and Blackline Against Previous Form of Proposed Sale Order, filed May 7, 2024 [Docket No. 173].

E. Proof of Publication, filed May 8, 2024 [Docket No. 175].

F. Notice of Successful Bidder and Cancellation of Auction, filed May 17, 2024 [Docket No. 225].

G. Declaration of Tero Jänne in Support of the Sale of the Assets of the Debtors Outside the Ordinary Course of Business, filed May 21, 2024 [Docket No. 233].

H. Declaration of Michael Foreman in Support of the Sale of the Assets of the Debtors Outside the Ordinary Course of Business, filed May 21, 2024 [Docket No. 234].

I. Declaration of Kyle Richter in Support of the Sale of the Assets of the Debtors Outside the Ordinary Course of Business, filed May 21, 2024 [Docket No. 235].

J. Notice of Filing of Proposed Form of Order (I) Approving Stalking Horse Purchase Agreement and Authorizing the Sale of Certain Assets of the

2

|   |   |
|---|---|
|   | Debtors Outside the Ordinary Course of Business, (II) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Interests and Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, and (IV) Granting Related Relief, filed May 21, 2024 [Docket No. 236]. |
| **K.** | **Notice of Filing of Proposed Form of Order (I) Approving Stalking Horse Purchase Agreement and Authorizing the Sale of Certain Assets of the Debtors Outside the Ordinary Course of Business, (II) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Interests and Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, and (IV) Granting Related Relief, filed May 23, 2024 [Docket No. 260].** |

Objections Received:

| | |
|---|---|
| i. | Informal comments from the Office of the United States Trustee, Cigna Health and Life Insurance Company, Atlantic Specialty Insurance Company, Avendra, LLC, **CEVA Logistics, Inc., Koenig IP Works, PLLC, Cole Haan International B.V., and Oracle Credit Corporation and Oracle America, Inc., successor in interest to NetSuite, Inc.** |
| ii. | Oracle's Limited Objection to and Reservation of Rights Regarding Debtors' Sale Motion and Assumption Notice, filed May 20, 2024 [Docket No. 230]. |
| iii. | Limited Supplemental Objection and Reservation of Rights of the Chubb Companies to the (1) Debtors Motion Pursuant to Sections 105, 363, and 365 of the Bankruptcy Code for Entry of an Order (I)(A) Approving the Bidding Procedures, Including the Debtors Entry Into the Stalking Horse APA, the Sale Timeline, and the Form and Manner of Notice Thereof, and (B) Approving the Deadline for Partiers in Interest to Provide Notice of Their Intention to use the Challenge to Investigate the Liens and Claims of the Prepetition First Lien Secured Lenders Seeking to Credit Bid at the Auction; Approving the Debtors (A) Sale of All or Substantially all of the Debtors Assets Free and Clear of All Liens Other Than Assumed Liabilities and (B) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases to the Successful Bidder; and (III) Granting Related Relief and (2) (2) Notice of Possible Assumption and Assignment with Respect to Executory Contracts and Expired Leases of Debtors, filed May 20, 2024 [Docket No. 231]. |
| iv. | Cole Haan International B.V.'s Reservation of Rights Regarding Notice of Possible Assumption and Assignment with Respect to Executory Contracts and Unexpired Leases of the Debtors, filed May 20, 2024 [Docket No. 232]. |

4854-5813-7281, v. 1

<u>Status</u>:  **The Debtors believe that they have resolved all objections.**  This matter will go forward and the Debtors intend to present evidence, including the Declarations listed above at 1G through 1I, at the hearing on this matter.

| | |
|---|---|
| Dated: May 23, 2024<br>Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP** |

*/s/ Mark L. Desgrosseilliers*
Mark L. Desgrosseilliers (No. 4083)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0192
Email: desgross@chipmanbrown.com

-and-

**ROPES & GRAY LLP**
Gregg M. Galardi (No. 2991)
Cristine Pirro Schwarzman (admitted *pro hac vice*)
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
E-mail: gregg.galardi@ropesgray.com
         cristine.schwarzman@ropesgray.com

-and-

**ROPES & GRAY LLP**
Conor P. McNamara (admitted *pro hac vice*)
191 North Wacker Drive, 32nd Floor
Chicago, Illinois 60606
Telephone: (312) 845-1200
Facsimile: (312) 845-5500
E-mail:  conor.mcnamara@ropesgray.com

*Counsel to the Debtors and Debtors in Possession*