## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Never Slip Holdings, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-10663 (LSS)<br><br>(Jointly Administered)<br><br>**Hearing Date:  June 12, 2024 at 3:00 p.m. (ET)** |

## NOTICE OF HEARING REGARDING CURE OBJECTIONS

**PLEASE TAKE NOTICE** that on April 8, 2024, Never Slip Holdings, Inc. and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") have filed the attached *Debtors' Motion Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code for Entry of an Order (I)(A) Approving the Bidding Procedures, Including the Debtors' Entry Into the Stalking Horse APA, the Sale Timeline, and the Form and Manner of Notice Thereof, and (B) Approving the Deadline for Parties in Interest to Provide Notice of Their Intention to Use the Challenge Period to Investigate the Liens and Claims of the Prepetition First Lien Secured Lenders Seeking to Credit Bid at the Auction; (II) Approving the Debtors' (A) Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Liens Other Than Assumed Liabilities and (B) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases to the Successful Bidder; and (III) Granting Related Relief* [Docket No. 70].

**PLEASE TAKE FURTHER NOTICE THAT** on May 3, 2024, the Debtors filed the *Notice of Possible Assumption and Assignment with Respect to Executory Contracts and Unexpired Leases of the Debtors* [Docket No. 154] (the "**Notice of Possible Assumption**").  In accordance with the Notice of Possible Assumption, objections, if any, to the proposed assumption and assignment of contracts set forth therein were to be filed and served on or prior to May 20, 2024, at 4:00 p.m. (Eastern) (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE THAT** on or prior to the Objection Deadline, the Debtors received certain formal and informal cure objections (collectively, the "**Cure Objections**").

**PLEASE TAKE FURTHER NOTICE** THAT, to the extent that the Debtors and any party asserting a Cure Objection cannot reach agreement with respect to such Cure Objection, the United States Bankruptcy Court for the District of Delaware has scheduled a hearing with respect to any such unresolved Cure Objections for **June 12, 2024, at 3:00 p.m. (Eastern)** before the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are:  Never Slip Holdings, Inc. (5010); Never Slip TopCo, Inc. (8956); SHO Holding I Corporation (7699); SHO Holding II Corporation (7738); Shoes For Crews, Inc. (9679); SFC Holdings, Inc. (8908); SFC Holdings, LLC (2357); Shoes for Crews, LLC (2362); SRS/MKS, L.L.C. (7003); Shoes for Crews Canada, Ltd. (0085); SFC Canada, Inc. (1314); and Sunrise Enterprises, LLC (4516).  The Debtors' service address is 5000 T-Rex Avenue, Suite 100, Boca Raton, FL 33431.

Honorable Laurie Selber Silverstein, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801.

| | |
|---|---|
| Dated: May 23, 2024<br>Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP**<br><br>*/s/ Mark L. Desgrosseilliers*<br>Mark L. Desgrosseilliers (No. 4083)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone: (302) 295-0192<br>Email: desgross@chipmanbrown.com<br><br>-and-<br><br>**ROPES & GRAY LLP**<br>Gregg M. Galardi (No. 2991)<br>Cristine Pirro Schwarzman (admitted *pro hac vice*)<br>1211 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 596-9000<br>Facsimile: (212) 596-9090<br>E-mail: gregg.galardi@ropesgray.com<br>　　　　cristine.schwarzman@ropesgray.com<br><br>-and-<br><br>**ROPES & GRAY LLP**<br>Conor P. McNamara (admitted *pro hac vice*)<br>191 North Wacker Drive, 32nd Floor<br>Chicago, Illinois 60606<br>Telephone: (312) 845-1200<br>Facsimile: (312) 845-5500<br>E-mail:  conor.mcnamara@ropesgray.com<br><br>*Counsel to the Debtors and Debtors in Possession* |