IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Never Slip Holdings, Inc., *et al.*,[1]<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 24-10663 (LSS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on May 15, 2024, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **First Monthly Fee Application of Solomon Partners Securities, LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Debtors and Debtors In Possession for the Period from April 1, 2024 to and Including April 30, 2024 [Docket No. 218]**

Dated: May 22, 2024

/s/ Randy Lowry
Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California　　　}
{　　　　　　　　　　　　} ss.
{County of Los Angeles　}

Subscribed and sworn to (or affirmed) before me on this 23rd day of May, 2024, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2396737
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Never Slip Holdings, Inc. (5010); Never Slip TopCo, Inc. (8956); SHO Holding I Corporation (7699); SHO Holding II Corporation (7738); Shoes For Crews, Inc. (9679); SFC Holdings, Inc. (8908); SFC Holdings, LLC (2357); Shoes for Crews, LLC (2362); SRS/MKS, L.L.C. (7003); Shoes for Crews Canada, Ltd. (0085); SFC Canada, Inc. (1314); and Sunrise Enterprises, LLC (4516). The Debtors' service address is 5000 T-Rex Avenue, Suite 100, Boca Raton, FL 33431.

# **<u>EXHIBIT A</u>**

**Exhibit A**
**Service List**

| Creditor | Attention | Email | Method of Service |
|---|---|---|---|
| Chipman Brown Cicero & Cole, LLP | Mark L. Desgrosseilliers | desgross@chipmanbrown.com | Email |
| King & Spalding LLP | Lindsey Henrikson | lhenrikson@kslaw.com | Email |
| King & Spalding LLP | Matthew Warren | mwarren@kslaw.com | Email |
| Office of the United States Trustee for the District of Delaware | Linda Casey | Linda.Casey@usdoj.gov | Email |
| Office of the United States Trustee for the District of Delaware | Fang Bu | Fang.Bu@usdoj.gov | Email |
| Proskauer Rose LLP | David M. Hillman | DHillman@proskauer.com | Email |
| Proskauer Rose LLP | Justin Breen | JBreen@proskauer.com | Email |
| Ropes & Gray LLP | Gregg M. Galardi | gregg.galardi@ropesgray.com | Email |
| Ropes & Gray LLP | Cristine Pirro Schwarzman | cristine.schwarzman@ropesgray.com | Email |
| Young Conaway Stargatt & Taylor, LLP | Kara Hammond Coyle | kcoyle@ycst.com | Email |

Never Slip Holdings, Inc., (Case No. 24-10663)